[No. 5028–5–II.   Division Two.   March 11, 1983.]

GEORGE G. R. KUNZ, *Appellant*, v. GARY
E. GASAWAY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 259587, Thomas R. Sauriol, J., entered August 29, 1980. *Reversed* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Reed, J.

[No. 9678–8–I.   Division One.   March 14, 1983.]

*In the Matter of the Marriage of* WILLIAM W.
RENTON, *Appellant, and* GRACE RENTON,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–94395, Ralph Alfieri, J. Pro Tem., entered November 9, 1980. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Ringold and Scholfield, JJ.